**FILED**
November 20, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>v.<br><br>SIOELI TANAKI VILINGIA,<br><br>　　　　　　Defendant. | Case No. MAG. -08-0412 DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Sioeli Tanaki Vilingai</u> , Case No. <u>Mag. 08-0412 DAD</u>, Charge <u>Title 21 USC §§ 841; 846</u> , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　　___　Release on Personal Recognizance

　　　_X_　Bail Posted in the Sum of $ <u>150,000</u>

　　　　　　_X_　Unsecured Appearance Bond

　　　　　　___　Appearance Bond with 10% Deposit

　　　　　　___　Appearance Bond with Surety

　　　　　　___　Corporate Surety Bail Bond

　　　　　　_X_　(Other)　<u>With pretrial supervision and conditions of release as stated on the record.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>November 20, 2008</u> at <u>3:50</u> pm .

　　　　　　　　　　　　　　　　　　　　By　*Dale A. Drozd*
　　　　　　　　　　　　　　　　　　　　Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge